AO 91 (Rev. 02/09) Criminal Complaint   Felony

United States District Court
Southern District of Texas
FILED

NOV 16 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Raul Ernesto FLORES-Amador | ) | Case No. B-18-MJ-1090 |
| Ensi Eduardo NAVA-Hernandez | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of **November 15, 2018** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant violated **18** U. S. C. § **554 and 371** an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: 1,960 rounds of .223 caliber and 40 rounds of 7.62 caliber ammunition.

This criminal complaint is based on these facts:

On November 15, 2018, United States Customs and Border Protection Officers (CBPOs) at the Veteran's International Port of Entry, Brownsville, TX, encountered Raul Ernesto FLORES-Amador and Ensi Eduardo NAVA-Hernandez attempting to depart the United States as passengers in a tractor-trailer. In secondary inspection, CBPOs seized a total of 24 Monarch boxes of .223 caliber and 7.62 caliber ammunition within their backpacks for a total of 2,000 rounds.

Homeland Security Investigations Special Agents interviewed FLORES and NAVA, whom both admitted they were to deliver the ammunition to an individual in Matamoros, Tamaulipas, Mexico for payment of services. Both subjects stated they have delivered ammunition to the same individual in Mexico on previous occasions for monetary gain. FLORES and NAVA further stated they knew it was illegal to take ammunition into Mexico.

☐ Continued on the attached sheet

*Complainant's signature*

Refugio Hernandez, Jr., Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 16, 2018

*Judge's signature*

City and state: Brownsville, Texas

Ronald G. Morgan, U.S. Magistrate Judge
*Printed name and title*